IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CURTIS HAYGOOD                                                                                    PLAINTIFF

v.                                        3:06CV00230 SWW/HDY

LARRY MILLS, et al.                                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 24th day of January, 2007.

/s/Susan Webber Wright

United States District Judge